UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:23-cv-00736 |
| v. ) | |
| ) | District Judge Eli J. Richardson |
| Metropolitan Government of Nashville and ) | Magistrate Judge Barbara D. Holmes |
| Davidson County, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.01(g), I, Michael R. Huttenlocher of McDermott Will & Emery LLP, hereby give notice that I am withdrawing as co-counsel for Plaintiff John Doe in the above-referenced action. Mr. Doe will continue to be represented by all other attorneys of record from McDermott Will & Emery LLP, as well as the attorneys of record from Lambda Legal Defense and Education Fund, Inc., and Merchant & Gould P.C.

Dated: March 15, 2024

                                                        Respectfully submitted,

                                                        */s/Michael Huttenlocher*
                                                        Michael Huttenlocher
                                                        MCDERMOTT WILL & EMERY LLP
                                                        One Vanderbilt Avenue
                                                        New York, NY10017-3852
                                                        Telephone: (212) 547-5400
                                                        Facsimile: (212) 547-5444
                                                        MHuttenlocher@mwe.com

# CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2024 a true and correct copy of the NOTICE OF WITHDRAWL OF COUNSEL was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Melissa S. Roberge
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219

This 18th day of March 2024.

                                                  *s/John T. Winemiller*
                                                  John T. Winemiller

2
Case 3:23-cv-00736   Document 38   Filed 03/18/24   Page 2 of 2 PageID #: 223