# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-00736 |
| ) | |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Holmes |
| METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties have reached an agreement to settle this case, under which each party is to bear its own fees and costs. Accordingly, the parties hereby file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *Michael R. Dohn*
MELISSA ROBERGE (#26230)
　SENIOR COUNSEL
JOHN W. AYERS (#37494)
MICHAEL R. DOHN (#37535)
　ASSISTANT METROPOLITAN ATTORNEYS
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
will.ayers@nashville.gov
michael.dohn@nashville.gov
*Counsel for Defendant*

*s/ John T. Winemiller (MRD w/ permission)*
John T. Winemiller, BPR No. 021084
Elizabeth Harwood, BPR No. 037916
Merchant & Gould
800 S. Gay Street, Suite 2150
Knoxville, TN 37929
(865) 380-5977
jwinemiller@merchantgould.com
eharwood@merchantgould.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via CM/ECF to:

| | |
|---|---|
| Brian Casillas<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206 | Gregory R. Nevins<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30308 |
| Jose Idio Abrigo, Jr.<br>120 Wall Street, 19th Floor<br>New York, NY 10005 | Michael James Sheehan<br>150 S Wacker Drive, Suite 1600<br>Chicago, IL 60606 |
| Paul M. Thompson<br>500 N Capitol Street NW<br>Washington, DC 20001-1531 | John T. Winemiller<br>Elizabeth Harwood<br>800 S. Gay Street, Suite 2150<br>Knoxville TN 37929 |
| Lisa Linsky<br>Gabrielle Lipsitz<br>Halle Landsman<br>Kierstin Fowler<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 | |

on this 4th day of April 2024.

*/s/ Michael R. Dohn*
Michael R. Dohn
