# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

John Doe

                                                          Plaintiff,

v.                                                                            Case No.:
                                                                           3:23−cv−00736

Metropolitan Government of Nashville and
Davidson County

                                                         Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/8/2024 re [41].

                                                                                                   Lynda M. Hill
                                                                      s/ Aubrey L Frantz, Deputy Clerk